**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

In Re:

DANIEL CONCEPCION
SAROJINI C CONCEPCION A/K/A
SAROJINI CHARISSE CONCEPCION
A/K/A SAROJINI C LAWRENCE A/K/A
SAROJINI CHARISSE LAWRENCE

CASE NO. 9:10-BK-17212-ALP
CHAPTER 13

Debtor(s)

_____/


**ORDER GRANTING U.S. BANK, NATIONAL ASSOCIATION
MOTION FOR RELIEF OF AUTOMATIC STAY**

**(DEBTOR SURRENDER COLLATERAL IN THE PLAN)**


THIS CAUSE came on for consideration upon Motion of Creditor, , U.S. BANK, NATIONAL ASSOCIATION., seeking modification of the automatic stay. The Court having reviewed the Motion (DE 32) and Affidavit of Surrender (DE 33) filed by Creditor, having considered the record of this cause and being otherwise advised on the premises, it is therefore

ORDERED: The motion for relief from automatic stay be and is hereby granted. It is further

ORDERED: The order granting relief from automatic stay be and is hereby granting for the sole purpose of allowing movant to obtain an in rem judgment against the property, to wit:

**LOT 21, BLOCK 22, UNIT 6, SECTION 35, TOWNSHIP 44 SOUTH, RANGE 27 EAST, LEHIGH ACRES, ACCORDING TO THE PLAT**

**THEREOF, RECORDED IN PLAT BOOK 15, PAGE 52, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA**

**A/K/A 117 JEFFERSON AVENUE, LEHIGH ACRES, FLORIDA 33972**

and that movant shall not seek or obtain an in personam judgment against the debtor.

DONE AND ORDERED on November 08, 2010 _____.

_____
David H. Adams
United States Bankruptcy Judge

Copies furnished to:

U.S. BANK, NATIONAL ASSOCIATION
c/o Daniel C. Consuegra, Esquire
9204 King Palm Drive
Tampa, FL 33619-1328

DANIEL CONCEPCION
117 JEFFERSON AVENUE
LEHIGH ACRES, FL 33936

SAROJINI C CONCEPCION SAROJINI CHARISSE CONCEPCION A/K/A SAROJINI C LAWRENCE A/K/A SAROJINI CHARISSE LAWRENCE
117 JEFFERSON AVENUE
LEHIGH ACRES, FL 33936

JOHN WEBB,ESQUIRE
1436 ROYAL PALM SQUARE BLVD.
FORT MYERS, FLORIDA 33919

JON WAAGE, TRUSTEE
P.O. BOX 25001
BRADENTON, FL 34206